UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGELIO SALCEDA AGUINIGA,

Petitioner,

v. Case No.: 2:26-cv-02915-SPC-NPM

GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
_______________________________/

**OPINION AND ORDER**

Before the Court are Rogelio Salceda Aguiniga's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Salceda Aguiniga is a national and citizen of Mexico who entered the United States without inspection—the record does not reflect when. On July 10, 2026, local police arrested Salceda Aguiniga, and Immigration and Customs Enforcement (ICE) issued an immigration detainer. On July 18, 2026, ICE commenced removal proceedings with a notice to appear and took Salceda Aguiniga into custody.

On August 31, 2026, Immigration Judge Liviu Lungu denied bond, finding Salceda Aguiniga a flight risk and a danger to the community based on his criminal history. Salceda Aguiniga argues his criminal record does not justify continued detention. He does not identify any defects in the bond

proceedings that could amount to a due process violation. The proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Salceda Aguiniga's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 10, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record